IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISMAEL CAMACHO TROCHE        :        CIVIL ACTION
                             :
     v.                      :
                             :
MICHAEL J. ASTRUE            :        NO. 11-4483

ORDER

AND NOW, this 16th day of February, 2012, upon careful and independent consideration of plaintiff Ismael Camacho Troche's ("Camacho") brief and statement of issues in support of request for review (docket entry # 8), defendant Michael J. Astrue's response thereto (docket entry # 10), plaintiff's reply (docket entry # 12), and the Honorable Jacob P. Hart's report and recommendation (docket entry # 13), to which neither party has filed an objection within the period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Magistrate Judge Hart that the Administrative Law Judge ("ALJ") (1) erred in failing to discuss Camacho's treating practitioner and psychologist's records, and (2) may need to reconsider Camacho's credibility determination in light of these records, it is hereby ORDERED that:

        1.   Magistrate Judge Hart's report and recommendation (docket entry # 13) is APPROVED and ADOPTED;

2.    Plaintiff's request for review (docket entry # 8) is GRANTED IN PART;

3.    This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Hart's report and recommendation; and

4.    The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.

2