IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ISMAEL CAMACHO TROCHE          :          CIVIL ACTION
                               :
        v.                     :
                               :
MICHAEL J. ASTRUE              :          NO. 11-4483


ORDER

        AND NOW, this 16th day of February, 2012, upon careful
and independent consideration of plaintiff Ismael Camacho
Troche's ("Camacho") brief and statement of issues in support of
request for review (docket entry # 8), defendant Michael J.
Astrue's response thereto (docket entry # 10), plaintiff's reply
(docket entry # 12), and the Honorable Jacob P. Hart's report and
recommendation (docket entry # 13), to which neither party has
filed an objection within the period specified by Loc. R. Civ. P.
72.1 IV (b), and the Court agreeing with Magistrate Judge Hart
that the Administrative Law Judge ("ALJ") (1) erred in failing to
discuss Camacho's treating practitioner and psychologist's
records, and (2) may need to reconsider Camacho's credibility
determination in light of these records, it is hereby ORDERED
that:

        1.   Magistrate Judge Hart's report and recommendation
(docket entry # 13) is APPROVED and ADOPTED;

        2.   Plaintiff's request for review (docket entry # 8)
is GRANTED IN PART;

        3.   This case is REMANDED to the Commissioner pursuant
to the fourth sentence of 42 U.S.C. § 405(g) for further
proceedings consistent with Magistrate Judge Hart's report and
recommendation; and

        4.   The Clerk of Court shall CLOSE this case
statistically.

BY THE COURT:


/s/ Stewart Dalzell, J.